NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAVID SILVA, DOC #G40602,           )
                                    )
            Appellant,              )
                                    )
v.                                  )       Case No. 2D19-3610
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____)

Opinion filed September 4, 2020.

Appeal from the Circuit Court for
Manatee County; Frederick P. Mercurio,
Judge.

Howard L. Dimmig, II, Public Defender,
and Kevin Briggs, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison C. Heim,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.


VILLANTI, LUCAS, and SMITH, JJ., Concur.